526 A.2d 358

**Sandra H. BACOTE, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Human Relations Commission, and Homer Floyd, Executive Director, Pennsylvania Human Relations Commission.**

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided June 1, 1987.

Charles W. Bowser, Mark J. Krum, Philadelphia, for appellant.

Susan J. Forney, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

589

## ORDER

PER CURIAM.

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.